■ ROBERT Moss et al., Respondents, v LAIDLAW TRANSIT, INC., et al., Appellants. [638 NYS2d 916] —Appeal by the defendants from an order of the Supreme Court, Westchester County (Coppola, J.), entered March 3, 1995.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Coppola at the Supreme Court. Rosenblatt, J. P., Sullivan, Copertino, Santucci and Goldstein, JJ., concur.